UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                    Case Number: 09-19026 ABA

Debtor: Sharonna K. Davis

| Check Number | Creditor | Amount |
|---|---|---|
| 1860716 | Sharonna K. Davis | 182.00 |

*/s/ Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:  September 25, 2014